**Order entered November 24, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00680-CR

**JUSTIN LATODD CASSELBERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CR2100461**

### ORDER

Before the Court is appellant's November 22, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on December 22, 2021.

/s/    ERIN A. NOWELL
           JUSTICE